1  ROD DIVELBISS (SBN 102345)
   RDIVELBISS@COLLETTE.COM
2  JRA LAW PARTNERS, LLP
   235 PINE STREET, SUITE 1300
3  SAN FRANCISCO, CA 94104
   TELEPHONE: (415) 788-4646
4  FACSIMILE: (415) 788-6929

5  Attorneys for Plaintiff
   ALEXANDER BERNSTEIN
6

7                 **UNITED STATES DISTRICT COURT**

8                 **NORTHERN DISTRICT OF CALIFORNIA**

9

10

11 ALEXANDER BERNSTEIN,                    CASE NO. 3:14-CV-01561-TEH

12         Plaintiff,                      JOINT STIPULATION PURSUANT TO
                                           LOCAL CIVIL RULE 6-2(b) TO
13      v.                                 EXTEND TIME FOR PLAINTIFF TO
                                           RESPOND TO DEFENDANTS' MOTION TO
14 VOCUS, INC. a Delaware corporation,     DISMISS THE COMPLAINT
   NORTH SOCIAL APPS, LLC, VOCUS
15 SOCIAL MEDIA, LLC, a California         **IT IS SO ORDERED AS MODIFIED**
   limited liability company, and DOES 1
16 through 100, inclusive,

17
           Defendants.
18

19

20

21

22

23

24

25

26

27
                                                    Case No.  14-01561 TEH
28
   JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2 TO EXTEND TIME TO RESPOND TO
                   DEFENDANTS' MOTION TO DISMISS COMPLAINT

1   WHEREAS, on April 11, 2014, Defendants VOCUS, INC., NORTH SOCIAL APPS, LLC
2   and VOCUS SOCIAL MEDIA, LLC filed a Motion to Dismiss the Complaint in this action
3   (hereafter "Defendants' Motion to Dismiss").
4   WHEREAS, under the Local Rules, Plaintiff's response to Defendants' Motion to Dismiss
5   would have been due by April 25, 2014;
6   WHEREAS, the parties, through counsel, agreed, via joint stipulation pursuant to Local
7   Civil Rule 6-2(b), to extend Plaintiff's time to respond to Defendants' Motion to Dismiss from
8   April 25, 2014 to May 5, 2014;
9   WHEREAS, the parties have agreed to extend the time for Defendants' Reply from May 2,
10  2014 to May 12, 2014;
11  WHEREAS, this schedule will not impact any other scheduled dates;
12  NOW, THEREFORE, IT IS STIPULATED, by and between the undersigned parties
13  through their respective counsel of record, pursuant to Local Civil Rules 6-1(b) and 2(a), that
14  Plaintiff's response to Defendants' Motion to Dismiss shall be due May 5, 2014 and Defendants'
15  Reply will be due May 12, 2014.

17  DATED: April 16, 2014

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

/s/ Lindsay E. Hutner_____
Lindsay Hutner
Greenberg Traurig, LLP
1900 University Avenue, Fifth Floor
East Palo ALto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Defendants Vocus., Inc., North
Social Appsl, LLC and Vocus Social Media,
LLC

Case No.  14-01561 TEH

JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2 TO EXTEND TIME TO RESPOND TO
DEFENDANTS' MOTION TO DISMISS COMPLAINT

**JRA LAW PARTNERS, LLP**

/s/ Rod Divelbiss
Rod Divelbiss
235 Pine Street, Ste 1300
San Francisco, CA 94104
Telephone:  (415) 788-4646
Facsimile:  (415) 788-6929

Attorneys for Plaintiff Alexander Bernstein

Pursuant to Local Civil Rule 6-2(a), and GOOD CAUSE APPEARING THEREFOR, **IT IS SO ORDERED**. The hearing on Defendants' Motion to Dismiss is continued to Monday, June, 2, 2014, at 10:00 a.m.

DATED: April 29, 2014

_____
THE HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED AS MODIFIED*
Judge Thelton E. Henderson

2                                        Case No.  14-01561 TEH

JOINT STIPULATION PURSUANT TO LOCAL CIVIL RULE 6-2 TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS COMPLAINT